THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tyron Deshawn
 Davis, Appellant.
 
 
 

Appeal From Marion County
 William H. Seals, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-289
 Submitted April 2, 2012 - Filed May 9,
2012 

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General David Spencer, all of Columbia; and
 Solicitor E.L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Tyron
 Deshawn Davis appeals his convictions of distributing cocaine base and
 distributing cocaine base within proximity of a school or park, arguing the
 trial court erred in denying his motion for a mistrial because of improper
 bolstering of a witness. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Watts, 321 S.C. 158, 164-65, 467 S.E.2d 272, 276 (Ct. App. 1996) (holding appellant
 waived any complaint he had to the challenged testimony in rejecting the trial
 court’s offer to give a curative instruction).
AFFIRMED.
FEW, C.J., and HUFF and
 SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.